IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHANTELL C. BROWN,

          Plaintiff,

v.

ARC DOCUMENT SOLUTIONS, et al.,

          Defendants.

Case No. 24-CV-2242-JAR-TJJ

**ORDER REGARDING SERVICE**

On August 9, 2024, Plaintiff Chantell C. Brown filed a notice (ECF No. 42) providing addresses for Defendants Kenya Davis, Ron Frazier, and Christopher Bonner. A review of the docket reveals that summons were issued for these Defendants on September 29, 2023, before the case was transferred from the United States District Court for the Western District of Missouri to this court. However, there is no further indication on the docket that Defendants Kenya Davis, Ron Frazier, and Christopher Bonner were served pursuant to Fed. R. Civ. P. 4(c).

Because Plaintiff is proceeding *in forma pauperis* under 28 U.S.C. § 1915(a)(1),[1] the Clerk of the Court must undertake service of process under 28 U.S.C. § 1915(d).

**IT IS THEREFORE ORDERED** that the Clerk is directed to prepare and issue summons forms for Defendants Kenya Davis, Ron Frazier, and Christopher Bonner with the addresses provided by Plaintiff. Service of the summons and Complaint (ECF No. 7) shall then be made by a United States Marshal or Deputy Marshal or by a person specially appointed pursuant to Fed. R. Civ. P. 4(c)(3).

---

[1] *See* Order (ECF No. 6) granting Plaintiff's motion for leave to proceed *in forma pauperis* entered on September 26, 2023.

**IT IS FURTHER ORDERED** the deadline for Plaintiff to serve these Defendants under Fed. R. Civ. P. 4(m) is hereby extended to **October 14, 2024**.

IT IS SO ORDERED.

Dated August 13, 2024, at Kansas City, Kansas.

*Teresa J. James*
Teresa J. James
U. S. Magistrate Judge